**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1582**

MARK EKE,

　　　　　　　Plaintiff - Appellant,

　　　v.

UNITED THERAPEUTICS; MARTINE ROTHBLATT; JENESIS ROTHBLATT;
SHOLA OYEWOLE; ROBERT DAYE,

　　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Paula Xinis, District Judge.  (8:18-cv-02941-PX)

Submitted:  November 19, 2024　　　　　　　　　　Decided:  November 21, 2024

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Eke, Appellant Pro Se.  Raymond Charles Baldwin, Christine Mary Costantino, Eric
J. Janson, SEYFARTH SHAW, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Eke appeals the district court's order granting Defendants summary judgment on Eke's multiple civil claims, including his sexual harassment claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Maryland Fair Employment Practices Act, Md. Code Ann., State Gov't § 20-606(a)(1)(i). We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Eke v. United Therapeutics*, No. 8:18-cv-02941-PX (D. Md. filed Aug. 16, 2023 & entered Aug. 17, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*